**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7515**

_____

TERRENCE WRIGHT-BEY,

                    Petitioner - Appellant,

          v.

STATE OF NORTH CAROLINA,

                    Respondent - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City.  Graham C. Mullen, Senior District Judge.  (2:07-cv-00017-GCM)

_____

Submitted:  February 28, 2008          Decided:  March 7, 2008

_____

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Terrence Wright-Bey, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrence Wright-Bey seeks to appeal the district court's order dismissing as untimely his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Wright-Bey has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED